**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| **THE MULBERRY AT WAVERLY LLC,**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**DENISE HAGGADONE, Special Administrator for the heirs and next-of-kin, of the Estate of Mavis J. Webb;**<br><br>**Defendant.** | **4:26CV3183**<br><br>**ORDER** |

Upon review of the parties' Joint Stipulation to Stay and Proceed with Arbitration (Filing No. 7),

**IT IS ORDERED**:

1. The parties' Joint Stipulation to Stay and Proceed with Arbitration (Filing No. 7) is granted. This case is stayed pending arbitration.

2. Beginning January 4, 2027, and every 90-days thereafter, the parties shall file a status report advising the Court of the status of the arbitration proceedings.

Dated this 5th day of October, 2026.

BY THE COURT:

s./Michael D. Nelson
United States Magistrate Judge